| FORM B1 | **United States Bankruptcy Court**<br>_WESTERN_ District of _NEW YORK_ | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br><br>_Rogers, Mark J._ | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>_fka vice pres of Buffalo Casual Dining Inc_ | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all)_2036_ | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>_13 Hill Valley Drive_<br>_Lancaster NY 14086_ | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: _Erie_ | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>_SAME_ | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(If different from street address above): _NOT APPLICABLE_ |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) | |
|---|---|---|---|
| ☒ Individual(s) | ☐ Railroad | ☒ Chapter 7 ☐ Chapter 11 ☐ Chapter 13 | |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | |
| ☐ Other _____ | ☐ Clearing Bank | | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☒ Consumer/Non-Business ☐ Business | ☒ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only) |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. |
| ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): | **FORM B1, Page 2** |
|---|---|---|
| *(This page must be completed and filed in every case)* | *Mark J. Rogers* | |

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |

## Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Mark J. Rogers*
Signature of Debtor

**X**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of Attorney

**X** */s/ Edwin R. Ilardo*
Signature of Attorney for Debtor(s)

*Edwin R. Ilardo*
Printed Name of Attorney for Debtor(s)

*Edwin R. Ilardo Law Office*
Firm Name

*5899 South Park Avenue*
Address

*P. O. Box 887*

*Hamburg NY  14075-0887*

*(716) 646-1190*
Telephone Number          Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

**X** */s/ Edwin R. Ilardo*
Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

**X**
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

FORM B6A (6/90) West Group, Rochester, NY

In re _Mark J. Rogers_ _____ / Debtor    Case No._____

(if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _None_ | | | | _None_ |
| | | | | |

|  |  | **TOTAL $** **(Report also on Summary of Schedules.)** | _0.00_ |
|---|---|---|---|

No continuation sheets attached

FORM B6B (10/89) West Group, Rochester, NY

In re *Mark J. Rogers* / Debtor    Case No. _____

(if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Checking* *Location: M&T Bank-Transit Road, Clarence* | | *$ 800.00* |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *Household goods* *Location: In debtor's possession* | | *$ 2,500.00* |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | *Clothing* *Location: In debtor's possession* | | *$ 500.00* |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | *Term policy at work-no cash value, wife is beneficiary* *Location: In debtor's possession* | | *$ 0.00* |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | *Ford Motor IRA* *Location: In debtor's possession* | | *$ 126,000.00* |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |

Page __1__ of __2__

FORM B6B (10/89) West Group, Rochester, NY

In re *Mark J. Rogers*                                      / Debtor          Case No. _____

(if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Accounts Receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers and other vehicles. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

Page __2__ of __2__

**Total** ➡     $ 129,800.00

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

In re
**Mark J. Rogers** _____ / Debtor  Case No. _____
                          (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b) (1): Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b) (2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---:|---:|
| *Checking* | *N.Y. Debtor and Creditor Law §283(2)* | *$ 800.00* | *$ 800.00* |
| *Household goods* | *N.Y. Civ. Prac. Law and Rules §5205(a)(5)* | *$ 2,500.00* | *$ 2,500.00* |
| *Clothing* | *N.Y. Civ. Prac. Law and Rules §5205(a)* | *$ 500.00* | *$ 500.00* |
| *Term policy at work-no cash value* | *N.Y. Ins.Law §3212(f)* | *$ 0.00* | *$ 0.00* |
| *Ford Motor IRA* | *N.Y. Debtor and Creditor Law §282(2)(e)* | *$ 126,000.00* | *$ 126,000.00* |
| | *N.Y. Civil Practice Law & Rules S. 5205* | *$ 0.00* | |

FORM B6D (12/03) West Group, Rochester, NY

In re _Mark J. Rogers_ _____ / Debtor      Case No._____

(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |

No continuation sheets attached

| | |
|---|---|
| **Subtotal $**<br>(Total of this page) | 0.00 |
| **Total $**<br>(Use only on last page. Report total also on Summary of Schedules) | 0.00 |

In re _Mark J. Rogers_ _____ / Debtor     Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

No continuation sheets attached

FORM B6F (12/03) West Group, Rochester, NY

In re _Mark J. Rogers_ _____ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> _Creditor # : 1_ <br> _Abby/Cole Upholstery_ <br> _8735 Dale Rd_ <br> _Gasport NY 14067_ | | | _2003_ | | | | _$ 1,500.00_ |
| Account No:  _sual_ <br> _Creditor # : 2_ <br> _Ad Pro_ <br> _225 Louisiana St_ <br> _Buffalo NY 14204_ | | | _2002_ | | | | _$ 492.19_ |
| Account No:  _1563_ <br> _Creditor # : 3_ <br> _ADT Security Services_ <br> _PO Box 96175_ <br> _Las Vegas NV 89193_ | | | _2003_ | | | | _$ 5,778.27_ |
| Account No: <br> _Creditor # : 4_ <br> _Advanced Storage_ <br> _236 Ridgewood Dr_ <br> _Snyder NY 14226_ | | | _2002_ <br> _Rent in Arrears_ <br> _facility lease_ | | | | _$ 1,215,000.00_ |

_16_ continuation sheets attached

Subtotal $ (Total of this page)    _1,222,770.46_

Total $ (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Mark J. Rogers_ _____ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 0001<br><br>Creditor # : 5<br>Advanta Visa<br>PO Box 8088<br>Philadelphia PA 19101 | | 2003 | | | | $ 10,965.14 |
| Account No:<br><br>Creditor # : 6<br>Aim Corrugated Container Corp<br>4444 Walden Ave<br>Lancaster NY 14086 | | 2003 | | | | $ 3,000.00 |
| Account No: 3066<br><br>Creditor # : 7<br>Amthor Glass & Mirror<br>1822 Bailey Ave<br>Buffalo NY 14203 | | 2002 | | | | $ 78.75 |
| Account No: 1792<br><br>Creditor # : 8<br>Appliance Assoc of Buffalo Inc<br>200 Amherst St<br>Buffalo NY 14207 | | 2003 | | | | $ 1,461.67 |
| Account No: 2886<br><br>Creditor # : 9<br>Atlantic Plywood Corp<br>59 Lake St<br>Leroy NY 14482 | | 2002 | | | | $ 6,378.64 |
| Account No:<br><br>Creditor # : 10<br>Attica Lumber<br>71 Market St<br>Attica NY 14011 | | 2003 | | | | $ 28,000.00 |

Sheet No. _1_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      49,884.20
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Mark J. Rogers_ _____ / Debtor      Case No. _____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: *9542*<br>*Creditor # : 11*<br>*Baer Supply Co*<br>*910 Forest Edge Dr*<br>*Vernon Hills IL 60061* | | *2003* | | | | *$ 2,899.06* |
| Account No: *3707*<br>*Creditor # : 12*<br>*Bank One Visa*<br>*PO Box 15153*<br>*Wilmington  DE 19886-5153* | | *2002* | | | | *$ 16,370.30* |
| Account No: *0101*<br>*Creditor # : 13*<br>*Bflo Economic Renaissance Corp*<br>*65 Niagara Sq*<br>*920 City Hall*<br>*Buffalo NY 14202* | | *2003* | | | | *$ 80,000.00* |
| Account No: *0206*<br>*Creditor # : 14*<br>*Billiards Digest*<br>*122 S Mighigan Ave Suite 1506*<br>*Chicago IL 60603* | | *2002* | | | | *$ 165.00* |
| Account No:<br>*Creditor # : 15*<br>*Budget Truck Rental*<br>*877 Seneca St*<br>*Buffalo  NY 14210* | | *2002* | | | | *$ 500.00* |
| Account No:<br>*Creditor # : 16*<br>*Buffalo Thermograph Inc*<br>*225 Louisiana St*<br>*Buffalo NY 14204* | | *2002* | | | | *$ 181.12* |

Sheet No. _2_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $**<br>(Total of this page) | *100,115.48* |
| **Total $**<br>(Report total also on Summary of Schedules) | |

In re _Mark J. Rogers_ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **2755** <br> **Creditor # : 17** <br> **Capital One Visa** <br> **PO Box 25131** <br> **Richmond VA 23276-0001** | | **2002** | | | | **$ 21,519.77** |
| Account No: **0182** <br> **Creditor # : 18** <br> **Capitol One Visa** <br> **PO Box 85184** <br> **Richmond VA 23285-5184** | | **2002** | | | | **$ 4,821.53** |
| Account No: **FCAS** <br> **Creditor # : 19** <br> **Cattaraugus Container** <br> **21 Elm St** <br> **PO Box 174** <br> **Franklinville NY 14737-0174** | | **2003** | | | | **$ 3,907.23** |
| Account No: **6005** <br> **Creditor # : 20** <br> **Central Copier Services** <br> **285 Kenmore Ave** <br> **Buffalo NY 14223** | | **2003** | | | | **$ 1,548.43** |
| Account No: **4622** <br> **Creditor # : 21** <br> **Charles Ihrig & Son Inc** <br> **877 Seneca St** <br> **Buffalo NY 14210** | | **2002** | | | | **$ 546.30** |
| Account No: **6831** <br> **Creditor # : 22** <br> **Charter One Bank** <br> **101 Slade Ave** <br> **West Seneca NY 14224** | | **2003** | | | | **$ 163.19** |

Sheet No. **3** of **16** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** <br> (Total of this page) | **32,506.45** |
| **Total $** <br> (Report total also on Summary of Schedules) | |

FORM B6F (12/03) West Group, Rochester, NY

In re _Mark J. Rogers_ / Debtor        Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 23**<br>**Charter One Bank**<br>**101 Slade Ave**<br>**West Seneca NY 14224** | | *2003* | | | | *$ 10.00* |
| Account No:<br>**Creditor # : 24**<br>**Chautauqua Millwork**<br>**200 Crescent St**<br>**Jamestown NY 14701** | | *2003* | | | | *$ 18,857.95* |
| Account No: *6298*<br>**Creditor # : 25**<br>**Choice One**<br>**100 Chestnut St Suite 800**<br>**Rochester NY 14604** | | *2003* | | | | *$ 1,711.15* |
| Account No:<br>**Creditor # : 26**<br>**Cobblestone Enterprises**<br>**9660 Cobblestone Dr**<br>**Clarence NY 14031** | | *2003* | | | | *$ 947.22* |
| Account No: *3217*<br>**Creditor # : 27**<br>**Colortech Photo Lab Inc**<br>**3424 Sheridan Dr**<br>**Amherst NY 14226** | | *2002* | | | | *$ 2,117.97* |
| Account No:<br>**Creditor # : 28**<br>**Computer Search**<br>**331 Audubon Pkwy**<br>**Amherst NY 14228** | | *2002* | | | | *$ 243.00* |

Sheet No. _4_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**  *23,887.29*
(Total of this page)
**Total $**
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Mark J. Rogers_ _____ / Debtor   Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **6401**<br>*Creditor # : 29*<br>*Consolidated Freightways*<br>*55 St Charles Dr Suite 100*<br>*Thousand Oaks CA 91360* | | *2002* | | | | *$ 470.04* |
| Account No: **1000**<br>*Creditor # : 30*<br>*Con-Way Transport Serv (CCX)*<br>*PO Box 642080*<br>*Pittsburgh PA 15264* | | *2002* | | | | *$ 389.54* |
| Account No: **1688**<br>*Creditor # : 31*<br>*Coyne Textile Services*<br>*PO Box 3468*<br>*Syracuse NY 13220* | | *2003* | | | | *$ 440.99* |
| Account No:<br>*Creditor # : 32*<br>*Creative Adv Specialties*<br>*25 Maple Ave*<br>*Lancaster NY 14086* | | *2003* | | | | *$ 1,797.16* |
| Account No:<br>*Creditor # : 33*<br>*D&M Plywood*<br>*340 Seneca St*<br>*Buffalo NY 14204* | | *2003* | | | | *$ 12,942.74* |
| Account No:<br>*Creditor # : 34*<br>*Dan Weaver*<br>*35 Chasewood Lane*<br>*E Amherst NY 14051* | | *2003* | | | | *$ 1.00* |

Sheet No. _5_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** *16,041.47*
(Total of this page)
**Total $**
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Mark J. Rogers_ _____ / Debtor   Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 35<br>David Martin Lock Co<br>430 Schultz Rd<br>Elma NY 14059 | | | 2002 | | | | $ 1,000.00 |
| Account No:  FCAS<br>Creditor # : 36<br>Decorative Vinyl & Fabric Corp<br>4527 Glenwood Rd<br>Brooklyn NY 11203 | | | 2003 | | | | $ 754.57 |
| Account No:  FCAS<br>Creditor # : 37<br>Deerwood Fasteners Intl<br>PO Box 403252<br>Atlanta GA 30384-3252 | | | 2002 | | | | $ 151.98 |
| Account No:  1353<br>Creditor # : 38<br>Discover Financial Services<br>PO Box 7086<br>Dover DE 19903 | | | 2003 | | | | $ 14,343.64 |
| Account No:  3506<br>Creditor # : 39<br>Discover Personal Loan<br>PO Box 5133<br>Sioux Falls SD 57117 | | | 2002 | | | | $ 7,426.84 |
| Account No:<br>Creditor # : 40<br>Douglas Gaffney<br>830 George Urban<br>Cheektowaga NY 14225 | | | 2003 | | | | $ 400.00 |

Sheet No.  _6_  of  _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   24,077.03
(Total of this page)
**Total $**
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Mark J. Rogers_ _____ / Debtor       Case No. _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br>**Creditor # : 41** <br>**Dynamic Saw** <br>**551 Smith St** <br>**Buffalo Ny 14210** | | *2003* | | | | *$ 583.39* |
| Account No: **744** <br>**Creditor # : 42** <br>**Eaton Office Supply Co Inc** <br>**180 John Glenn Dr** <br>**Amherst NY 14228** | | *2002* | | | | *$ 1,500.00* |
| Account No: <br>**Creditor # : 43** <br>**Ed Field** <br>**255 Village Landing** <br>**Fairport NY 14450** | | *2003* | | | | *$ 1,000.00* |
| Account No: **5105** <br>**Creditor # : 44** <br>**EMS Group-Stahika Agency Inc** <br>**6797 Main St** <br>**Williamsville NY 14221** | | *2003* | | | | *$ 3,278.52* |
| Account No: **5694** <br>**Creditor # : 45** <br>**Energy Cooperative of NY** <br>**403 Main St** <br>**PO Box 17** <br>**Buffalo NY 14205** | | *2003* | | | | *$ 23,337.24* |
| Account No: <br>**Creditor # : 46** <br>**Eric Mediak** <br>**88 Pleasant View Dr** <br>**Lancaster NY 14086** | | *2003* | | | | *$ 1.00* |

Sheet No. **7** of **16** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ *29,700.15*
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Mark J. Rogers_ _____ / Debtor     Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  _LOUS_<br>_Creditor # : 47_<br>_Expressions in Wood Inc_<br>_360Lewis Rd Unite #2_<br>_Stoney Creek Ontario Canada_<br>_L8E5Y7_ | | _2003_ | | | | _$ 1,794.46_ |
| Account No:<br>_Creditor # : 48_<br>_Falcon Chair and Table Inc_<br>_PO Box 73_<br>_Falconer NY 14733_ | | _2001_ | | | | _$ 4,226.00_ |
| Account No:<br>_Creditor # : 49_<br>_Fancher Chair Co Inc_<br>_PO Box 8_<br>_Falconer NY 14733_ | | _2001_ | | | | _$ 6,922.00_ |
| Account No:  _5000_<br>_Creditor # : 50_<br>_First Data Leasing Solutions_<br>_PO Box 407092_<br>_Ft Lauderdale FL 33340_ | | _2003_ | | | | _$ 1,204.22_ |
| Account No:  _0908_<br>_Creditor # : 51_<br>_First Niagara Bank_<br>_PO Box 990_<br>_Lockport NY 14095_ | | _2003_ | | | | _$ 600,000.00_ |
| Account No:  _0909_<br>_Creditor # : 52_<br>_First Niagara Bank_<br>_PO Box 990_<br>_Lockport NY 14095_ | | _2002_ | | | | _$ 75,000.00_ |

Sheet No.  _8_  of  _16_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $**<br>(Total of this page) | _689,146.68_ |
| **Total $**<br>(Report total also on Summary of Schedules) | |

FORM B6F (12/03) West Group, Rochester, NY

In re _Mark J. Rogers_ / Debtor          Case No._____
                                                          (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 53 <br> First Niagara Bank <br> PO Box 990 <br> Lockport NY 14095 | | 2003 | | | | $ 80,000.00 |
| Account No: 0100 <br> Creditor # : 54 <br> Georgia Pacific Corp <br> PO Box 642265 <br> Pittsburgh PA 15264-2265 | | 2003 | | | | $ 2,292.22 |
| Account No: 6000 <br> Creditor # : 55 <br> Great America Leasing Corp <br> 625 First St SE Suite 800 <br> Cedar Rapids IA 52401 | | 2003 | | | | $ 13,617.46 |
| Account No: F005 <br> Creditor # : 56 <br> Hadlock's <br> PO Box 376 <br> Victor NY 14564 | | 2003 | | | | $ 3,744.72 |
| Account No: 0903 <br> Creditor # : 57 <br> Hanover Ins Co <br> PO Box 8016 <br> Boston MA 02266 | | 2003 | | | | $ 19,156.68 |
| Account No: 1974 <br> Creditor # : 58 <br> Home Depot/GE Capital <br> PO Box 9903 <br> Macon GA 31297-9903 | | 2002 | | | | $ 1,172.95 |

Sheet No. _9_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** (Total of this page) | 119,984.03 |
| **Total $** (Report total also on Summary of Schedules) | |

FORM B6F (12/03) West Group, Rochester, NY

In re _Mark J. Rogers_ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: _3558_<br>_Creditor # : 59_<br>_Horizon Solutions Corp_<br>_PO Box 92367_<br>_Rochester NY 14692_ | | _2002_ | | | | _$ 1,203.87_ |
| Account No: _454_<br>_Creditor # : 60_<br>_Integrity Distribution_<br>_225 Louisiana St_<br>_Buffalo NY 14204_ | | _2002_ | | | | _$ 1,000.00_ |
| Account No: _4740_<br>_Creditor # : 61_<br>_Irish Propane Corp_<br>_1444 Clinton St_<br>_Buffalo NY 14206_ | | _2003_ | | | | _$ 32.72_ |
| Account No:<br>_Creditor # : 62_<br>_Jack Phillips_<br>_409 Hallberg St_<br>_Delevan WI 53115_ | | _2003_ | | | | _$ 3,000.00_ |
| Account No: _D001_<br>_Creditor # : 63_<br>_Jackson Saw & Knife_<br>_517 State St_<br>_Rochester NY 14608_ | | _2003_ | | | | _$ 454.33_ |
| Account No:<br>_Creditor # : 64_<br>_Javco Inc_<br>_PO Box 3058_<br>_New Haven CT 06515_ | | _2002_ | | | | _$ 6,775.00_ |

Sheet No. _10_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ _12,465.92_
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Mark J. Rogers_ _____ / Debtor        Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No: <br> Creditor # : 65 <br> Kenneth Snyder <br> 2000 Military Road <br> Tonawanda NY 14150 | | 2003 | | | | $ 40,000.00 |
| Account No: 9220 <br> Creditor # : 66 <br> KenTon Fabricators Inc <br> 2505 Main St <br> Buffalo NY 14214 | | 2002 | | | | $ 381.37 |
| Account No: 2243 <br> Creditor # : 67 <br> Lab Safety <br> 401 S Wright Rd <br> PO Box 1368 <br> Janesville WI 53547-1368 | | 2003 | | | | $ 20.52 |
| Account No: 8370 <br> Creditor # : 68 <br> Lifetech <br> PO Box 2556 <br> Buffalo NY 14240-2556 | | 2001 | | | | $ 6,018.14 |
| Account No: 6166 <br> Creditor # : 69 <br> MBNA America <br> P O Box 15026 <br> Wilmington DE 19850-5026 | | 2003-04 | | | | $ 1.00 |
| Account No: 2354 <br> Creditor # : 70 <br> NCA Inc <br> 1731 Howe Ave Suite 324 <br> Sacramento CA 95825 | | 2004 <br><br> MBNA acct #4264290361756166 bought by NCA | | | | $ 10,480.12 |

Sheet No. _11_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        56,901.15
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Mark J. Rogers_ / Debtor    Case No. _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 71 <br> NEMF <br> 410 Grand Island Blvd <br> Tonawanda NY 14150 | | 2001 | | | | $ 1,500.00 |
| Account No: 3132 <br> Creditor # : 72 <br> Niagara Mohawk <br> PO Box 4798 <br> Syracuse NY 13221 | | 2003 | | | | $ 6,280.45 |
| Account No: FCAS <br> Creditor # : 73 <br> Norampac Industries <br> 1755 Elmwood Ave <br> Buffalo NY 14207 | | 2003 | | | | $ 4,268.47 |
| Account No: 2120 <br> Creditor # : 74 <br> Office Max <br> Dept 583602512120 <br> PO BNox 9020 <br> Des Moines IA 50368-9020 | | 2002 | | | | $ 1,500.00 |
| Account No: <br> Creditor # : 75 <br> Old Dominion Freight Lines <br> 1480 Military Rd <br> Buffalo NY 14217 | | 2003 | | | | $ 1,130.01 |
| Account No: 5103 <br> Creditor # : 76 <br> Overnite Transportation <br> PO Box 79755 <br> Baltimore MD 21279 | | 2002 | | | | $ 216.00 |

Sheet No. _12_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ 14,894.93
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Mark J. Rogers_ _____ / Debtor    Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **UFFC** <br> *Creditor # : 77* <br> *Package Design & Supply* <br> *1014 Northampton St* <br> *Buffalo NY 14211* | | *2003* | | | | *$ 3,690.87* |
| Account No: <br> *Creditor # : 78* <br> *Palladin Photography* <br> *370 Evans St* <br> *Williamsville NY 14221* | | *2003* | | | | *$ 3,000.00* |
| Account No: **0029** <br> *Creditor # : 79* <br> *Paramount Convention Services* <br> *709 S 2st St* <br> *St Louis MO 63102* | | *2003* | | | | *$ 1,170.00* |
| Account No: **1371** <br> *Creditor # : 80* <br> *PBB Global Logistics* <br> *670 Young St* <br> *Tonawanda NY 14150* | | *2003* | | | | *$ 1,032.25* |
| Account No: **6987** <br> *Creditor # : 81* <br> *People's Bank* <br> *PO Box 10311* <br> *Stamford CT 06904-2311* | | *2002* | | | | *$ 10,774.46* |
| Account No: **3867** <br> *Creditor # : 82* <br> *Pitney Bowes* <br> *2225 American Dr* <br> *Neenah  WI 54956-1005* | | *2003* | | | | *$ 65.89* |

Sheet No. _13_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** (Total of this page) | *19,733.47* |
| **Total $** (Report total also on Summary of Schedules) | |

FORM B6F (12/03) West Group, Rochester, NY

In re _Mark J. Rogers_ _____ / Debtor          Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 83*<br>*Printcraft Marking Devices Inc*<br>*1193 Military Rd*<br>*Kenmore NY 14217* | | *2003* | | | | *$ 48.20* |
| Account No:<br>*Creditor # : 84*<br>*R&L Carriers*<br>*5555 River Rd*<br>*Tonawanda NY 14150* | | *2003* | | | | *$ 961.27* |
| Account No:<br>*Creditor # : 85*<br>*Randolph Dimension*<br>*PO Box 146*<br>*Randolph NY 14772* | | *2001* | | | | *$ 1,500.00* |
| Account No:   *FFAC*<br>*Creditor # : 86*<br>*Rochester Industrial Supply Co*<br>*65 Saginaw Dr*<br>*Rochester  NY 14623* | | *2003* | | | | *$ 3,000.00* |
| Account No:<br>*Creditor # : 87*<br>*Schrader Industrial Sales Inc*<br>*3875 Broadway*<br>*Cheektowaga NY 14227* | | *2003* | | | | *$ 574.10* |
| Account No:<br>*Creditor # : 88*<br>*Snookers Billiard & Game Room*<br>*1791 Boston Rd*<br>*Springfield MA 01129* | | *2003* | | | | *$ 1,133.00* |

Sheet No. _14_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**          7,216.57
(Total of this page)
**Total $**
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Mark J. Rogers_ _____ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 89<br>Spencer Packaging Corp<br>320 N Washington St<br>Rochester NY 14625 | | 2002 | | | | $ 200.00 |
| Account No:<br>Creditor # : 90<br>Standard Industrial Products<br>12610 Galveston Rd<br>Webster TX 77598 | | 2001 | | | | $ 189.19 |
| Account No: 6313<br>Creditor # : 91<br>Temple Inland Inc<br>100 Bud Mil Dr<br>Buffalo NY 14206 | | 2002 | | | | $ 3,251.77 |
| Account No:<br>Creditor # : 92<br>The Recovery Room<br>3752 N Buffalo Rd<br>Orchard Park NY 14127 | | 2003 | | | | $ 550.00 |
| Account No: 2707<br>Creditor # : 93<br>Thermwood Corp<br>904 Buffaloville Rd<br>PO Box 436<br>Dale IN 47523 | | 2003 | | | | $ 27.92 |
| Account No: 2357<br>Creditor # : 94<br>Tool Ranch Inc<br>3857 Walden Ave<br>Lancaster NY 14086 | | 2003 | | | | $ 1,500.00 |

Sheet No. _15_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      5,718.88
(Total of this page)
**Total $**
(Report total also on Summary of Schedules)

In re _Mark J. Rogers_ _____ / Debtor          Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 95 <br> Uneeda Enterprises Inc <br> 640 Chestnut Ridge Rd <br> Spring Valley NY 10977 | | 2003 | | | | $ 30.00 |
| Account No: 0295 <br> Creditor # : 96 <br> UPS <br> PO Box 72470244 <br> Philadelphia PA 19170 | | 2003 | | | | $ 324.94 |
| Account No: 7246 <br> Creditor # : 97 <br> Upstate Disposal Services Inc <br> 1346 South Park Ave <br> Buffalo NY 14220 | | 2003 | | | | $ 289.56 |
| Account No: <br> Creditor # : 98 <br> Wolfe Lumber Mill Inc <br> 8416 Ridge Rd <br> Gasport NY 14067 | | 2003 | | | | $ 889.14 |
| Account No: | | | | | | |
| Account No: | | | | | | |

Sheet No. _16_ of _16_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** (Total of this page) | 1,533.64 |
| **Total $** (Report total also on Summary of Schedules) | 2,426,577.80 |

FORM B6G (10/89) West Group, Rochester, NY

In re *Mark J. Rogers*         / Debtor      Case No. _____

                                                            (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of
      creditors.

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *var obli of Buff Casual Dining* | Contract Type: *Leases*<br>Terms:<br>Beginning date:<br>Debtor's Interest: *Lessee*<br>Description:<br><br>Buyout Option: |

FORM B6H (6/90) West Group, Rochester, NY

In re **Mark J. Rogers** _____ / Debtor     Case No. _____
                                                                              (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

In re *Mark J. Rogers* _____ / Debtor    Case No. _____

(if known)

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| *Married* | *daughter* | *11* |
| | *daughter* | *12* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *quality superintendant* | *registered nurse* |
| Name of Employer | *Ford Motor Company* | *Kaleida Health* |
| How Long Employed | *18 years* | *15 years* |
| Address of Employer | *3663 Lake Shore Road* <br> *Buffalo NY  14219* | *100 High Street* <br> *Buffalo NY  14203* |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 3,300.00 | $ 900.00 |
| Estimated Monthly Overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 3,300.00 | $ 900.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll Taxes and Social Security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union Dues | $ 0.00 | $ 0.00 |
| d. Other  (Specify): | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 3,300.00 | $ 900.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from Real Property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social Security or other government assistance Specify: | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income Specify: | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 3,300.00 | $ 900.00 |
| TOTAL COMBINED MONTHLY INCOME    $    4,200.00 | | |
| (Report also on Summary of Schedules) | | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

FORM B6J (6/90) West Group, Rochester, NY

In re **Mark J. Rogers**                                    / Debtor          Case No. _____

                                                                                          (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,800.00 |
| Are real estate taxes included?    Yes ☒    No ☐ | | |
| Is property insurance included?    Yes ☒    No ☐ | | |
| Utilities: Electricity and heating fuel | $ | 447.00 |
| Water and sewer | $ | 0.00 |
| Telephone | $ | 125.00 |
| Other        *Cabke* | $ | 75.00 |
| Other | $ | 0.00 |
| Other | $ | 0.00 |
| Home maintenance (Repairs and upkeep) | $ | 200.00 |
| Food | $ | 850.00 |
| Clothing | $ | 135.00 |
| Laundry and dry cleaning | $ | 0.00 |
| Medical and dental expenses | $ | 0.00 |
| Transportation (not including car payments) | $ | 225.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | 0.00 |
| Life | $ | 100.00 |
| Health | $ | 0.00 |
| Auto | $ | 75.00 |
| Other | $ | 0.00 |
| Other | $ | 0.00 |
| Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage) | | |
| Specify: | $ | 0.00 |
| Installment payments: (in chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
| Auto | $ | 0.00 |
| Other: | $ | 0.00 |
| Other: | $ | 0.00 |
| Other: | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other: | $ | 0.00 |
| Other: | $ | 0.00 |
| Other: | $ | 0.00 |
| TOTAL MONTHLY EXPENSES      (Report also on Summary of Schedules) | $ | 4,032.00 |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK
# WESTERN DIVISION

In re *Mark J. Rogers*

Case No.

Chapter **7**

_____ / Debtor

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A-Real Property | *Yes* | *1* | $ 0.00 | | |
| B-Personal Property | *Yes* | *2* | $ 129,800.00 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $ 0.00 | |
| E-Creditors Holding Unsecured Priority Claims | *Yes* | *1* | | $ 0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *17* | | $ 2,426,577.80 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $ 4,200.00 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $ 4,032.00 |
| Total Number of Sheets in All Schedules ▶ | | *27* | | | |
| Total Assets ▶ | | | $ 129,800.00 | | |
| Total Liabilities ▶ | | | | $ 2,426,577.80 | |

FORM B6 (6/90) West Group, Rochester, NY

In re **Mark J. Rogers** _____ / Debtor     Case No. _____

(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____28_____ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _____          Signature  **/s/ Mark J. Rogers** _____

                                                                **Mark J. Rogers**

FORM B8 (12/03) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK
# WESTERN DIVISION

In re **Mark J. Rogers**

Case No.

Chapter **7**

_____ / Debtor

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.**

**2. I intend to do the following with respect to the property of the estate which secures those consumer debts:**

**a. Property to Be Surrendered.**

| Description of Property | Creditor's Name |
|---|---|
| *None* | |

**b. Property to Be Retained.**  [Check any applicable statement.]

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| *None* | | | | |

### Signature of Debtor(s)

Date: _____     Debtor: **/s/ Mark J. Rogers** _____

Date: _____     Joint Debtor: _____

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK
# WESTERN DIVISION

In re *Mark J. Rogers*
*fka vice pres of Buffalo Casual Dining Inc*

Case No.
Chapter   7

_____ / Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

## 1. Income from employment or operation of business.

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                SOURCE (if more than one)

*Year to date:*
  *Last Year:$105,000.00*          *employment*
*Year before:$105,000.00*          *employment*

## 2. Income other than from employment or operation of business.

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 3. Payments to creditors.

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 4. Suits and administrative proceedings, executions, garnishments and attachments.

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 5. Repossessions, foreclosures and returns.

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 6. Assignments and receiverships.

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 7. Gifts.

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.(Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 8. Losses.

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**9. Payments related to debt counseling or bankruptcy.**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Edwin R. Ilardo*<br>*Address:*<br>*5899 South Park Avenue*<br>*P. O. Box 887*<br>*Hamburg, NY 14075-0887* | *Date of Payment:3-29-04*<br>*Payor: Mark J. Rogers* | *$2,500.00* |
| *Payee:Daniel Wisniewski, Esq.*<br>*Address:* | *Date of Payment:*<br>*Payor:Debtor* | *$250.00* |

**10. Other transfers.**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**11. Closed financial accounts.**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless spouses are separated and a joint petition is not filed.)

☒ NONE

**12. Safe deposit boxes.**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**13. Setoffs.**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**14. Property held for another person.**

List all property owned by another person that the debtor holds or controls.

☒ NONE

**15. Prior address of debtor.**

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

☒ NONE

## 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

☒ NONE

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, release of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under and Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

☒ NONE

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☒ NONE

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

☒ NONE

## 18. Nature, location and name of business

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencment of this case.

☒ NONE

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☒ NONE

Form 7 (12/03) West Group, Rochester, NY

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of Perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature */s/ Mark J. Rogers*
                                            *Mark J. Rogers*


Date _____     Signature _____


Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. § 152 and § 3571.

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK
# WESTERN DIVISION

In re *Mark J. Rogers*
*fka vice pres of Buffalo Casual Dining Inc*

Case No.
Chapter **7**

_____ / Debtor

Attorney for Debtor: *Edwin R. Ilardo*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ *2,500.00*
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . . $ *2,500.00*
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $ *0.00*

3. $ *209.00* of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   *None*

Dated: Respectfully submitted,

X */s/ Edwin R. Ilardo*
Attorney for Petitioner: *Edwin R. Ilardo*
*Edwin R. Ilardo Law Office*
*5899 South Park Avenue*
*P. O. Box 887*
*Hamburg NY 14075-0887*

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK
## WESTERN DIVISION

In re *Mark J. Rogers*
   *fka vice pres of Buffalo Casual Dining Inc*

Case No.
Chapter **7**

_____ / Debtor

Attorney for Debtor:   *Edwin R. Ilardo*

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the

best of our knowledge.

Date: _____

*/s/ Mark J. Rogers* _____
Debtor

Abby/Cole Upholstery
8735 Dale Rd
Gasport, NY  14067

Ad Pro
225 Louisiana St
Buffalo, NY  14204

ADT Security Services
PO Box 96175
Las Vegas, NV  89193

Advanced Storage
236 Ridgewood Dr
Snyder, NY  14226

Advanta Visa
PO Box 8088
Philadelphia, PA  19101

Aim Corrugated Container Corp
4444 Walden Ave
Lancaster, NY  14086

Amthor Glass & Mirror
1822 Bailey Ave
Buffalo, NY  14203

Appliance Assoc of Buffalo Inc
200 Amherst St
Buffalo, NY  14207

Atlantic Plywood Corp
59 Lake St
Leroy, NY  14482

Attica Lumber
71 Market St
Attica, NY  14011

Baer Supply Co
910 Forest Edge Dr
Vernon Hills, IL  60061

Bank One Visa
PO Box 15153
Wilmington , DE  19886-5153

Bflo Economic Renaissance Corp
65 Niagara Sq
920 City Hall
Buffalo, NY  14202

Billiards Digest
122 S Mighigan Ave Suite 1506
Chicago, IL  60603

Budget Truck Rental
877 Seneca St
Buffalo , NY  14210

Buffalo Thermograph Inc
225 Louisiana St
Buffalo, NY  14204

Capital One Visa
PO Box 25131
Richmond, VA  23276-0001

Capitol One Visa
PO Box 85184
Richmond, VA  23285-5184

Cattaraugus Container
21 Elm St
PO Box 174
Franklinville, NY  14737-0174

Central Copier Services
285 Kenmore Ave
Buffalo, NY  14223

Charles Ihrig & Son Inc
877 Seneca St
Buffalo, NY  14210

Charter One Bank
101 Slade Ave
West Seneca, NY  14224

Chautauqua Millwork
200 Crescent St
Jamestown, NY  14701

Choice One
100 Chestnut St Suite 800
Rochester, NY  14604

Cobblestone Enterprises
9660 Cobblestone Dr
Clarence, NY  14031

Colortech Photo Lab Inc
3424 Sheridan Dr
Amherst, NY  14226

Computer Search
331 Audubon Pkwy
Amherst, NY  14228

Consolidated Freightways
55 St Charles Dr Suite 100
Thousand Oaks, CA  91360

Con-Way Transport Serv (CCX)
PO Box 642080
Pittsburgh, PA  15264

Coyne Textile Services
PO Box 3468
Syracuse, NY  13220

Creative Adv Specialties
25 Maple Ave
Lancaster, NY  14086

D&M Plywood
340 Seneca St
Buffalo, NY  14204

Dan Weaver
35 Chasewood Lane
E Amherst, NY  14051

David Martin Lock Co
430 Schultz Rd
Elma, NY  14059

Decorative Vinyl & Fabric Corp
4527 Glenwood Rd
Brooklyn, NY  11203

Deerwood Fasteners Intl
PO Box 403252
Atlanta, GA  30384-3252

Discover Financial Services
PO Box 7086
Dover, DE  19903

Discover Personal Loan
PO Box 5133
Sioux Falls, SD  57117

Douglas Gaffney
830 George Urban
Cheektowaga, NY  14225

Dynamic Saw
551 Smith St
Buffalo, Ny  14210

Eaton Office Supply Co Inc
180 John Glenn Dr
Amherst, NY  14228

Ed Field
255 Village Landing
Fairport, NY  14450

EMS Group-Stahika Agency Inc
6797 Main St
Williamsville, NY  14221

Energy Cooperative of NY
403 Main St
PO Box 17
Buffalo, NY  14205

Eric Mediak
88 Pleasant View Dr
Lancaster, NY  14086

Expressions in Wood Inc
360Lewis Rd Unite #2
Stoney Creek, Ontario Canada  L8E5Y7

Falcon Chair and Table Inc
PO Box 73
Falconer, NY  14733

Fancher Chair Co Inc
PO Box 8
Falconer, NY  14733

First Data Leasing Solutions
PO Box 407092
Ft Lauderdale, FL  33340

First Niagara Bank
PO Box 990
Lockport, NY  14095

Georgia Pacific Corp
PO Box 642265
Pittsburgh, PA  15264-2265

Great America Leasing Corp
625 First St SE Suite 800
Cedar Rapids, IA  52401

Hadlock's
PO Box 376
Victor, NY  14564

Hanover Ins Co
PO Box 8016
Boston, MA  02266

Home Depot/GE Capital
PO Box 9903
Macon, GA  31297-9903

Horizon Solutions Corp
PO Box 92367
Rochester, NY  14692

```
Integrity Distribution
225 Louisiana St
Buffalo, NY  14204

Irish Propane Corp
1444 Clinton St
Buffalo, NY  14206

Jack Phillips
409 Hallberg St
Delevan, WI  53115

Jackson Saw & Knife
517 State St
Rochester, NY  14608

Javco Inc
PO Box 3058
New Haven, CT  06515

Kenneth Snyder
2000 Military Road
Tonawanda, NY  14150

KenTon Fabricators Inc
2505 Main St
Buffalo, NY  14214

Lab Safety
401 S Wright Rd
PO Box 1368
Janesville, WI  53547-1368

Lifetech
PO Box 2556
Buffalo, NY  14240-2556

MBNA America
P O Box 15026
Wilmington, DE  19850-5026

NCA Inc
1731 Howe Ave Suite 324
Sacramento, CA  95825

NEMF
410 Grand Island Blvd
Tonawanda, NY  14150

Niagara Mohawk
PO Box 4798
Syracuse, NY  13221

Norampac Industries
1755 Elmwood Ave
Buffalo, NY  14207
```

Office Max
Dept 583602512120
PO BNox 9020
Des Moines, IA  50368-9020

Old Dominion Freight Lines
1480 Military Rd
Buffalo, NY  14217

Overnite Transportation
PO Box 79755
Baltimore, MD  21279

Package Design & Supply
1014 Northampton St
Buffalo, NY  14211

Palladin Photography
370 Evans St
Williamsville, NY  14221

Paramount Convention Services
709 S 2st St
St Louis, MO 63102

PBB Global Logistics
670 Young St
Tonawanda, NY  14150

People's Bank
PO Box 10311
Stamford, CT  06904-2311

Pitney Bowes
2225 American Dr
Neenah , WI  54956-1005

Printcraft Marking Devices Inc
1193 Military Rd
Kenmore, NY  14217

R&L Carriers
5555 River Rd
Tonawanda, NY  14150

Randolph Dimension
PO Box 146
Randolph, NY  14772

Rochester Industrial Supply Co
65 Saginaw Dr
Rochester , NY  14623

Schrader Industrial Sales Inc
3875 Broadway
Cheektowaga, NY  14227

Snookers Billiard & Game Room
1791 Boston Rd
Springfield, MA  01129

Spencer Packaging Corp
320 N Washington St
Rochester, NY  14625

Standard Industrial Products
12610 Galveston Rd
Webster, TX  77598

Temple Inland Inc
100 Bud Mil Dr
Buffalo, NY  14206

The Recovery Room
3752 N Buffalo Rd
Orchard Park, NY  14127

Thermwood Corp
904 Buffaloville Rd
PO Box 436
Dale, IN  47523

Tool Ranch Inc
3857 Walden Ave
Lancaster, NY  14086

Uneeda Enterprises Inc
640 Chestnut Ridge Rd
Spring Valley, NY  10977

UPS
PO Box 72470244
Philadelphia, PA  19170

Upstate Disposal Services Inc
1346 South Park Ave
Buffalo, NY  14220

Wolfe Lumber Mill Inc
8416 Ridge Rd
Gasport, NY  14067

var obli of Buff Casual Dining

Daniel Weaver
35 Chasewood Lane
E Amherst, NY  14051

Eric Mediak
88 Pleasantview Drive
Lancaster, NY  14086